UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: FRANCES R ENGRAM                    CASE NO. 01-60440-LK

DEBTOR(S)                                  CHAPTER 13

NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT

COMES NOW, Ray Hendren, the Chapter 13 Trustee in this case, and
reports the following:

1. Debtor(s) filed for relief under Chapter 13 on Wed Feb 28, 2001.
   The Court confirmed the Debtor's(s') plan on October 31, 2001 .

2. SOVEREIGN BANK              , (the "Creditor") filed a proof of
   claim in this case.  Disbursement checks to this creditor have
   been returned to the Trustee's office.  The Trustee has attempted
   to locate the creditor but has been unsuccessful in his
   attempts.

3. The Trustee, therefore, believes the unclaimed funds owing the
   creditor should be paid to the Court, pursuant to Section 347
   of the Bankruptcy Code, as the creditor has failed to negotiate
   its distribution checks.

4. The Trustee's check for $ 3,932.93 , payable to the Clerk of
   the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy
Procedure, the Trustee files the following list of all known names and
addresses of the persons and the amounts to which they are entitled
to be paid from the estate.

Name and Address                          Amount of
  of Creditor                          Disbursement Check

SOVEREIGN BANK                            $   3,932.93
PO BOX 970045

BOSTON MA 022970045


Dated: January 3, 2005          /s/RAY HENDREN
                                Ray Hendren, Chapter 13 Trustee
                                101 E. 9th St., Suite 1200
                                Austin, Texas 78701
                                (512) 474-6309

```
                    UNITED STATES BANKRUPTCY COURT
              WESTERN DISTRICT OF TEXAS /  WACO  DIVISION

IN RE:                                    CASE NO. 01-60440-LK
FRANCES R ENGRAM                          CHAPTER 13


                        CERTIFICATE OF SERVICE
                        ----------------------

     I, RAY HENDREN, CHAPTER 13 TRUSTEE, CERTIFY THAT A TRUE AND CORRECT COPY OF
THE NOTICE TO PAY UNCLAIMED FUNDS INTO THE COURT HAS BEEN MAILED TO THE
DEBTOR(S), DEBTOR(S)' ATTORNEY OF RECORD, AND ALL CREDITORS AT THE ADDRESSES
LISTED BELOW ON January 3, 2005   .
------------------------------------------------------------------------------
FRANCES R ENGRAM                     W B PHILLIPS
                                     101 E AVE B
1300 WESTOVER DR
                                        KILLEEN TX 76541-5220
KILLEEN TX 76549
------------------------------------------------------------------------------
U.S. TRUSTEE                         SOVEREIGN BANK
903 SAN JACINTO                      PO BOX 970045
SUITE 230
AUSTIN, TX 78701                        BOSTON MA 022970045
------------------------------------------------------------------------------



------------------------------------------------------------------------------



                         SIGNED:   /s/RAY HENDREN_____
                                   RAY HENDREN, CHAPTER 13 TRUSTEE

                           ON:   January 3, 2005

fg317/bmf
```